CC: USPO, USM-ED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES BRIAN GRISWOLD,<br><br>    Defendant. | Case No. EDCR 16-00092-JGB<br><br>JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE |

This matter arises from a judgment issued by the Southern District of California. Pursuant to 18 U.S.C. § 3605, jurisdiction of the supervised releasee was transferred to the Central District of California on September 15, 2016.

On March 28, 2022, the matter came on for hearing on the Petition for Revocation of Supervised Release, filed on June 8, 2021, in the Central District of California. Attorney Alex Kessel appeared on behalf of the Defendant. Assistant United States Attorney Tritia L. Yuen appeared for the Government. U.S. Probation Officer Jennifer Stump was also present. Defendant was informed of the Allegations as set forth in the Petition. Defendant acknowledged receiving a copy of the Petition, and thereafter admitted that the violations as alleged in the Petition were truthful, and that he committed the violations as alleged.

///

///

The Court found that Defendant violated the terms and conditions of his Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Southern District of California, imposed on October 19, 2015.

IT IS THE JUDGMENT OF THE COURT, that Supervised Release is hereby revoked.  Defendant **James Brian Griswold** is hereby committed to the custody of the Bureau of Prisons for a term of **TIME SERVED** with no supervision to follow.

Defendant is ordered released forthwith.  Release order was issued.

Defendant was informed of his right to appeal.

DATED: April 1, 2022

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

CLERK, U.S. DISTRICT COURT

By: _____
T.Carrillo/M. Galvez, Courtroom Deputies



2